# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

142032-3

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BETHANY LUTHERAN CHURCH a/k/a
NORTHPORT LUTHERAN CHURCH,
      Plaintiff-Appellant,

v

                                  SC: 142032-3
                                  COA: 291742; 291762
                                  Leelanau Probate Court:
                                  06-010776-CZ

ALBERT PORTER and MARIE PORTER,
Individually and Former Trustees of the JOHN W.
SWENSON TRUST, NORTHWESTERN
SAVINGS BANK, Successor Trustee, and
CLINTON N. SWENSON,
                Defendants-Appellees,
and

ALBERT PORTER, BRIAN PORTER, DOUG
PORTER, GREG PORTER, JEFFREY PORTER
and JEROME PORTER,
                Intervening Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the September 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

                                Clerk

p0228